## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**Case No.:** CV 04-1815     **Date of Proceeding:** 8/24/05

**Case Title:** Lepesh, et al. v B.I. Incorporated, et al.

**Presiding Judge:** Owen M. Panner     **Courtroom Deputy:** Deborah DesJardins

**Reporter:** None     **Tape No:**

**DOCKET ENTRY:**

Record of Order: Motion for Temporary Restraining Order (#6) is denied as moot.

**PLAINTIFF'S COUNSEL**     **DEFENDANT'S COUNSEL**

cc: { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

Civil Minutes     Honorable Owen M. Panner