# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# CIVIL MINUTES

**Case No.:** CV 04-1815-PA  **Date of Proceeding:** 3/13/06

**Case Title:** Lepesh, et al. v B.I.Incorporated, et al.

**Presiding Judge:** Owen M. Panner    **Courtroom Deputy:** Deborah DesJardins

**Reporter:** Bonita Alexander    **Tape No:**

**Interpreter:** Martha Carter-Balske

**DOCKET ENTRY:**

Record of Court Trial: Witnesses examined. Joint Statement of Stipulated Facts (# __) received. Petitioners' exhibits 1-108 received. Respondents' exhibits 1001-1108 received. Respondent's exhibits 1053, 1093 and 1094 are sealed. Petitioner's unopposed Motion to Dismiss Petitioners Lepesh, Somsanuk, and Fesehazion-Gebrekidan (# 51) granted. Petitioners' Motion for Entry of Judgment (# 61) denied. Petitioner's Motion to Certify Class (# 64) denied. Petitioner's Motion to WIthdraw Class Allegations (#64) granted.   Petitioners's Motion for Leave to File Amended Complaint (# 65) granted.   Respondent's Motion to Strike Petitioners' Witness List and Summary of Testimony (# 66) denied. Respondent's Motion to Strike Petitioner's APA Claims (# 72) denied.

**PETITIONER'S COUNSEL**        **RESPONDENTS' COUNSEL**

Christine Stebbins-Dahl             Terri J. Scadron

                                    Leslie McKay

                                    Margot Nadel

cc:   { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

**Civil Minutes**                **Honorable Owen M. Panner**